**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Heather Gillespie, Angela Cinson individually and on behalf of all similarly situated individuals, | ) ) ) ) | Case No.: 05-C-0138 |
| Plaintiffs, | ) ) | Judge: Matthew F. Kennelly |
| v. | ) ) | Magistrate Judge: Martin C. Ashman |
| Equifax Information Services, LLC | ) ) ) | (Class Action) |
| Defendant. | ) | |

**MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

James M. Pietz
IL Id. # 6197586
Pietz Law Office LLC
304 Ross St., Suite 700
Pittsburgh, Pa. 15219
412-288-4333
jpietz@jpietzlaw.com

Michael P. Malakoff
Malakoff & Brady, PC
200 Frick Building
Pittsburgh, PA 15219
(412) 281-4217 - phone
(412) 281-3262 - fax
malakoff@malakoffbrady.com

O. Randolph Bragg (Local Counsel)
IL Id # 6221983
Horwitz, Horwitz & Associates
25 E. Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822 - phone
312-372-1673 - fax
rand@horwitzlaw.com - e-mail


Attorneys for the Representative
Plaintiffs, Heather Gillespie, Angela Cinson
and the Class They Seek To Represent

Pursuant to Fed.R.Civ.P. 23(e), the Representative Plaintiff, by their undersigned counsel, hereby move for an order granting final approval of the class action settlement In support of this motion, Class Plaintiffs state as follows:

1. Defendant Equifax Information Services does not dispute that the proposed settlement is subject to final approval pursuant to Fed.R.Civ.P. 23(e);

2. The following items are submitted in further support of this motion: a) Declaration of Plaintiffs' Counsel, James M. Pietz, with attached Exhibits; and b) A Memorandum in Support of the Motion For Final Approval

WHEREFORE, for the reasons set forth in the brief, declaration and other record evidence submitted, it is respectfully requested that the Court grant final approval of the class action settlement and authorize the payment of the proposed incentive award to the Representative Plaintiff. A proposed Order of Court and Final Judgment will be submitted.

Respectfully submitted,

Dated: December 4, 2008

By /s/ James M. Pietz
James M. Pietz
Pa. I.D. 55406
Pietz Law Office LLC
304 Ross St., Suite 700
Pittsburgh, Pa. 15219
412-288-4333
jpietz@jpietzlaw.com

O. Randolph Bragg (Local Counsel)
IL Id # 6221983
Horwitz, Horwitz & Associates
25 E. Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822 - phone
312-372-1673 - fax
rand@horwitzlaw.com - e-mail

Michael P. Malakoff
Malakoff, Doyle & Finberg,PC
200 Frick Building
Pittsburgh, PA 15219
(412) 281-8400 - phone
(412) 281-3262 - fax
malakoff@mdfpc.com